

# IN THE
# TENTH COURT OF APPEALS

## No. 10-13-00252-CR

**DEMORRIC ANTWON BURR,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

### From the 272nd District Court
### Brazos County, Texas
### Trial Court No. 02-01147-CRF-272

## MEMORANDUM OPINION

Demorric Antwon Burr filed a notice of appeal with the trial court on July 29, 2013 and in that notice of appeal, requests a free record. Burr's conviction was in December of 2002, almost 11 years ago. His notice of appeal is untimely, and we have no jurisdiction of an untimely appeal. *See* TEX. R. APP. P. 26.2(a)(1); *Olivo v. State*, 918 S.W.2d 519, 522 (Tex. Crim. App. 1996) (no jurisdiction where the notice of appeal is untimely).

Accordingly, this appeal is dismissed.[1]


TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed August 8, 2013
Do not publish
[CR25]

---

[1] A motion for rehearing may be filed within 15 days after the judgment or order of this Court is rendered. TEX. R. APP. P. 49.1. A petition for discretionary review must be filed in the Court of Criminal Appeals within 30 days after either the day the court of appeals' judgment was rendered or the day the last timely motion for rehearing was overruled by the court of appeals. TEX. R. APP. P. 68.2(a).